JUDGE KATHLEEN CARDONE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2023 MAR -6 PM 3:00

IN RE:

ANTONIO MICHETTI,
DECEASED

CAUSE NO. _____

EP23CV0101

## PETITION TO RELOCATE INTERRED REMAINS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES MASSIMO PIZZOLA, on behalf of the Embassy of Italy, Office of the Military Attache, Petitioner, and moves this Court for an Order to Relocate the Interred Remains of Antonio Michetti, Deceased, and respectfully shows this Honorable Court as follows:

### I.

### Background

1. Antonio Michetti was an Italian soldier in World War II and passed away in 1946. He is currently interred at the Fort Bliss National Cemetery, Fort Bliss, Texas 79906 (Exhibit A).

2. The cemetery has a parcel specifically dedicated to Italian soldiers who died on American soil. However, the remains of Antonio Michetti are buried some distance away from the other Italian soldiers (Exhibit B).

3. Petitioner requests that the United States of America, Department of Veteran Affairs, render appropriate military honors and respectfully request that the remains of Antonio Michetti

mo.072.1.pldgs.20230227.pet.orig

be relocated and interred eternally besides his brothers-in-arms, consistent with other international gravesites on American soil. All interested parties request this relief with the hope that all American soldiers buried on foreign land be treated with the same dignity and respect.

## II.

### Jurisdiction and Venue

4. This is an action to be instituted on federal property, under the control of the Department of Veteran Affairs. This action is brought forth pursuant to 38 C.F.R. §38.621 and 32 C.F.R. §553.25.

5. Venue is proper in the Western District of Texas under 28 U.S.C. §1391(b)(2).

## III.

### Parties

6. CWO-4 Massimo Pizzolla has been designated to act as representative of the Italian Armed Forces in this matter, under the authority of the Embassy of Italy, Office of the Military Attache, ("the Agency"), 300 Whitehaven Street, N.W., Washington D.C. 20008 (Exhibit A). This Agency has determined that Antonio Michetti has no living relative or next of kin (Exhibit A).

7. DENNIS RICHARD McDONOUGH is the Secretary of the United States Department of Veteran Affairs. His business address is 1600 Pennsylvania Avenue, NW, Washington D.C. 20500.

8. FRANCISCO GONZALEZ, JR. is the Director of the Fort Bliss National Cemetery, Fort Bliss, Texas, National Cemetery Administration, under the Department of Veteran Affairs. His business address is 5200 Fred Wilson Avenue, El Paso, Texas 79906.

**IV.**

**Statement of Facts and Request for Relief**

9. Antonio Michetti was an Italian soldier in World War II. He was detained as a prisoner of war in the United States and subsequently passed away on February 3, 1944. His body was brought to Texas from California and was interred at the Fort Bliss National Cemetery, Fort Bliss, Texas 79906 in 1946 (Exhibit A).

10. The cemetery has a parcel specifically dedicated to Italian soldiers who died on American soil. However, the remains of these soldiers arrived at Fort Bliss at different times after the war. As a result, although plans were made to anticipate spacing issues as these soldiers arrived, the remains of Antonio Michetti were buried some distance away from the other Italian soldiers (Exhibit B).

11. The distance in relocating the burial site of Antonio Michetti is approximately 10-20 yards. There is already a space available and dedicated for the purpose of permanently relocating Antonio Michetti (Exhibit B).

12. All costs have been discussed with all involved parties who have agreed and confirmed that the Petitioner will assume all costs involved in the relocation (Exhibit C). The Italian Embassy has specifically ear-marked monies for this purpose, through the Consulate General of Italy, located at 1330 Post Oak Boulevard, Ste. 1950, Houston, Texas 77056 (Exhibit A).

13. A hired contractor has agreed to perform the work necessary for the relocation and has confirmed the availability of payment with the Italian Embassy (Exhibit C). At no extra costs, all work will be supervised by VA personnel at the Fort Bliss National Cemetery to ensure all work is performed according to protocol, standards and measuring procedures.

## V.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Petitioner prays that this Honorable Court set this matter for hearing and that it provide the relief requested, and that an Order be issued to allow the interrment relocation of Antonio Michetti and that all costs be paid through Petitioner as outlined in this Petition.

                        Respectfully submitted,

                        THE LAW OFFICE OF JORGE LUIS RIVAS, JR.
                        1600 N. Kansas Street
                        El Paso, Texas 79902
                        Tel: (915) 533-7200
                        Fax: (915) 533-7202
                        jlr@jrivaslaw.com

DATE: February 27, 2023      By:   */s/ Jorge Luis Rivas, Jr.*
                                           JORGE LUIS RIVAS, JR.
                                           State Bar No. 24008830
                                           Attorney for Petitioner

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the clerk of the Court and served to all counsel of record.

                        */s/ Jorge Luis Rivas, Jr.*
                        JORGE LUIS RIVAS, JR.